■ In the Matter of CARBO FUEL & AIR CONDITIONING Co., Appellant, v LOCAL 14753, UNITED STEELWORKERS OF AMERICA, Respondent. — Judgement of the Supreme Court, Nassau County (Velsor, J.), entered February

10, 1981, affirmed, with $50 costs and disbursements. No opinion. (We deem the notice of appeal dated January 17, 1981 to be a premature notice of appeal from the judgment.) Damiani, J. P., Mangano, Gibbons and Boyers, JJ., concur.